IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHRISTOPHER BOURQUE,**<br>Individually and on Behalf of<br>All Others Similarly Situated,<br><br>    **Plaintiff,**<br>        v.<br><br>**STALLION OILFIELD HOLDINGS,<br>INC.**<br>    **Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil No. 2:18-cv-00779 |

## ORDER GRANTING JOINT MOTION TO TRANSFER VENUE

Pending before the Court is the Parties' joint motion to transfer venue under 28 U.S.C. § 1404(a) to the United States District Court for the Southern District of Texas, Houston Division. Having read and considered the moving papers, the Court **GRANTS** this joint motion.

Accordingly, the Clerk of the Court is directed to transfer the case forthwith to the United States District Court for the Southern District of Texas, Houston Division.

**IT IS SO ORDERED.**

DATED: _December 12, 2018_

_____
Marilyn J. Horan
United States District Judge